UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MACLACHLAN,

    Plaintiff,   Case No. 1:23-cv-1141

v.   Hon. JANE M. BECKERING

NIKKI MONROE, et al,

    Defendants.

_____/

**ORDER STAYING AND**
**ADMINISTRATIVELY CLOSING CASE**

This case is stayed in its entirety pursuant to this Court's review and consideration of an order of the U.S. Bankruptcy Court for the Southern District of Texas in *In Re: Wellpath Holdings, Inc., et al.,* Case No. 24-90533 (ARP). This temporary stay order will continue until further order of this Court. This case is administratively closed.

**IT IS SO ORDERED.**

Dated:  January 24, 2025         /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge