UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MACLACHLAN,

    Plaintiff,

v.

NIKKI MONROE, *et al.*,

    Defendants.
_____/

Case No. 1:23-cv-1141

Hon. Jane M. Beckering

### ORDER LIFTING STAY AND RE-OPENING CASE

The Court stayed and administratively closed this case on January 24, 2025. *See* Order (ECF No. 37). At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

**IT IS SO ORDERED**.

Dated:  May 27, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge